**In re Roger A. DAMRON, Petitioner.**

**No. 01–7137.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 12, 2002.

Decided Feb. 28, 2002.

Roger A. Damron, Petitioner Pro Se.

Before DIANA GRIBBON MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

In July 2001, Roger Ames Damron filed this petition for a writ of mandamus seek-

ing an order directing the district court to act on his motion under 28 U.S.C.A. § 2255 (West Supp.2001). The district court entered an order denying relief on Damron's § 2255 motion on December 28, 2001; Damron's mandamus petition is therefore moot. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*